Referee's report confirmed. Settle order on notice. See, also, 131 N. Y. Supp. 1108.

In re BUTTERFIELD. (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of Julia L. Butterfield. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARSCALLEN & CASSIDY, Appellant, v. ZIMMERMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by the Carscallen & Cassidy against Moritz Zimmerman and others. J. L. Finks, for appellant. I. Hyman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARY, Respondent, v. GIVEN, Appellant. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by Fanny Cary against Robert Given, Jr. No opinion. Judgment and order affirmed, with costs. See, also, 144 App. Div. 221, 129 N. Y. Supp. 35.

CASS v. REALTY SECURITIES CO. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Charles W. Cass against the Realty Securities Company. No opinion. Motion granted. Questions certified. Order filed. See, also, 132 N. Y. Supp. 1074.

CENTRAL TRUST CO. v. MANHATTAN TRUST CO. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by the Central Trust Company against the Manhattan Trust Company. No opinion. Reargument (of 144 App. Div. 560, 129 N. Y. Supp. 730) ordered.

CHICK, Respondent, v. MENIHAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) Action by B. Parker Chick against the Menihan Company. No opinion. Motion for leave to appeal to Court of Appeals (from 133 N. Y. Supp. 1115) denied, with $10 costs.

CHILCOTT, Appellant, v. BROADWAY BREWING & MALTING CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Alfred W. Chilcott against the Broadway Brewing & Malting Company and another. No opinion. Judgment affirmed, with costs.

CIANCIOLO, Appellant, v. BELLANCA et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Guiseppina C. Cianciolo against Vincenzo Bellanca and another. No opinion. Judgment affirmed, with costs.

CITY OF NEW YORK v. CENTRAL PARK, N. & E. R. RY. CO., et al. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by the City of New York against the Central Park, North & East River Railway Company, impleaded with Adrian H. Joline and another, receivers, etc. No opinion. T. Farley, for plaintiff respondent. C. Mellen, for defendant Central Park, N. & E. R. R. Co. Judgment affirmed, with costs, on plaintiff's appeal, to the defendant receivers, respondents, and on the appeal of the defendant Central Park, North & East River Railroad Company, with costs to plaintiff. Order filed.

CITY OF NEW YORK, Appellant, v. HEARST, Respondent. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by the City of New York against William R. Hearst. T. Farley, for appellant. C. J. Shearn, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See also, 142 App. Div. 343, 126 N. Y. Supp. 917.

CLARKE v. PRECIOUS METALS CORP. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Appeal from Special Term, New York County. Action by Ralph Clarke against the Precious Metals Corporation. From part of a judgment entered on a decision after a trial at Special Term, plaintiff appeals. Modified. Clarence De Witt Rogers, for appellant. Frank F. Vander Veer, for respondent.

PER CURIAM. The judgment appealed from should be modified, by striking therefrom all after the word "stockholder," so as to leave in the judgment only a direction to the defendant to transfer the stock. As so modified, the judgment should be affirmed, with costs to the appellant.

CLIFFORD v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) Action by Ellen E. Clifford against the City of Rochester.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

KRUSE, J., dissents, upon the ground that as the entire walk was covered with snow at the time the notice was given, and so remained until the plaintiff fell, the notice was sufficient. She could not foresee, and was not required to point out, the precise point where she would fall.

COHEN, Respondent, v. COTHEAL. Appellant. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Rudolph Cohen against Sarah F. Cotheal. F. S. McGrath, for appellant. M. Mayer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.